██ Scott Malec et al., Respondents, v Michael Snyderman, M.D., Appellant. (Appeal No. 3.) [849 NYS2d 849]—Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 26, 2007 in a personal injury action. The order, insofar as appealed from, denied in part defendant's motion to compel plaintiffs to provide an authorization to obtain certain medical records of plaintiff Kristen Malec.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot. Present—Martoche, J.P., Centra, Lunn, Green and Gorski, JJ.